

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MEM/AT
F. #2023R00718

*610 Federal Plaza*
*Central Islip, New York 11722*

June 1, 2026

<u>By ECF</u>

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

   Re: United States v. Jose Saez, Jr.
   <u>Criminal Docket No. 23-480 (S-1)(JMA)</u>

Dear Judge Azrack:

   The government respectfully submits this letter to amend its letter regarding sentencing of the defendant Jose Saez, Jr. (ECF No. 78) (the "Government Sentencing Letter"). In the Government Sentencing Letter, the government stated: "The defendant was prolific in his solicitation and distribution of CSAM – at the time of his arrest, the defendant was in possession of thousands of videos and tens of thousands of images of CSAM."  Government Sentencing Letter at 2.  That is incorrect.  Instead, the sentence should read as follows:  "The defendant was prolific in his solicitation and distribution of CSAM – at the time of his arrest, the defendant was in possession of hundreds of videos and thousands of images of CSAM."

      Respectfully submitted,

      JOSEPH NOCELLA, JR.
      United States Attorney

  By:   /s/
      Adam R. Toporovsky
      Mark E. Misorek
      Assistant U.S. Attorneys
      (631) 715-7846